'08 CIV 6154

JUDGE PRESKA

HARLEY I. LEWIN (HL 1819)
SCOTT GELIN (SG 9599)
JULIE BOOKBINDER (JB 3854)
GREENBERG TRAURIG, LLP
200 Park Avenue, 34th Floor
MetLife Building
New York, NY 10166
Telephone: (212) 801-9200
Facsimile:  (212) 801-6400
lewinh@gtlaw.com
gelins@gtlaw.com
bookbinderj@gtlaw.com

Attorneys for Plaintiff
DIANE VON FURSTENBERG STUDIO, L.P.

RECEIVED JUL 03 2008 U.S.D.C. S.D.N.Y. CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| DIANE VON FURSTENBERG STUDIO, L.P., a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>MANGO ON-LINE INC., a Delaware corporation, MANGO MNG HOLDINGS, S.L., a Spanish limited company; and PUNTO-FA S.L., a Spanish limited company,<br><br>Defendants. | **Civil Action No.**<br><br>**RULE 7.1 STATEMENT** |

---

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Diane von Furstenberg Studio, L.P. (private non-governmental parties) respectfully certifies as follows:

1.  Diane von Furstenberg Studio, L.P. has no parent corporations.

2.  Diane von Furstenberg Studio, L.P. is not a publicly held corporation.

NY 238,844,423

                                Respectfully submitted,

DATED: July 3, 2008          GREENBERG TRAURIG, LLP

By _____
Harley I. Lewin (HL 1819)
Scott Gelin (SG 9599)
Julie Bookbinder (JB 3854)
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

*Attorneys for Plaintiff*
*Diane von Furstenberg Studio, L.P.*

NY 238,844,423