AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE July 8th 2008 |
| NAME OF SERVER (PRINT) JOHN RITTER | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Personally served Mango On-Line Inc. by serving the registered agent, Corporation Trust Company, 1209 Orange St Wilmington, DE 19801 on July 8, 2008 at 11:11 AM. Person accepting = Scott LaScala, Corporate Operations Manager.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/8/08
Date

Signature of Server

230 N Market St Wilmington DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

DIANE VON FURSTENBERG STUDIO, L.P.

V.

MANGO ON-LINE INC., MANGO MNG HOLDINGS, S.L., and PUNTO-FA S.L.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 6154

TO: (Name and address of Defendant)

MANGO On-Line Inc., 150 Raritan Center Parkway, Edison, NJ 08837
Mango MNG Holdings S.L., c/Mercaders, 9-11, Poligono Industrial Riera de Caldes, Apartado de correos 280, E 0 08184 Palau-solita i Plegamans, Barcelona, SPAIN
Punto-Fa S.L., Calle Mercaders, 9-11 Pg Ind Riera, Caldes, 08184 Palau-Solita i Plegamans, Barcelona, SPAIN

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

HARLEY I. LEWIN (HL 1819)
SCOTT GELIN (SG 9599)
GREENBERG TRAURIG, LLP
200 Park Avenue, 34th Floor
MetLife Building
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
lewinh@gtlaw.com
gelins@gtlaw.com

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JUL 03 2008

CLERK                                                 DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                      Date                                      *Signature of Server*

                                          _____
                                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.