UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIANE VON FURSTENBERG STUDIO, L.P., a Delaware limited partnership,

Plaintiff,

v.

MANGO ON-LINE INC., a Delaware corporation, MANGO MNG HOLDINGS, S.L., a Spanish limited company; and PUNTO-FA S.L., a Spanish limited company,

Defendants.

---

**Civil Action No. 08 Civ. 6154**

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Julie Bookbinder of Greenberg Traurig LLP hereby appears as counsel in this case for Plaintiff Diane von Furstenberg Studio, L.P. and that all papers in this action be served upon the undersigned who is admitted to practice in this court on February 28, 2006.

Respectfully submitted,

Dated: July 11, 2008

By: _____

Julie Bookbinder (JB 3854)
Greenberg Traurig LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 801-6948
Fax: (212) 801-6400
Email: bookbinderj@gtlaw.com

*Attorneys for Plaintiff*
*Diane von Furstenberg Studio, L.P.*

NY 238,853,414