Eddy Salcedo, Esq. (ES-3391)
Donald Dunn, Esq. (DD-0069)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018-1405
Telephone: (212) 218-5500
Email: ESalcedo@seyfarth.com

Bart A. Lazar, Esq. (BL-7984)
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5986
Email: BLazar@seyfarth.com

*Attorneys for Defendant*
*Mango On-Line Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

| | |
|---|---|
| DIANE VON FURSTENBERG STUDIO, L.P., a Delaware limited partnership, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MANGO ON-LINE INC., a Delaware corporation, )<br>MANGO MNG HOLDINGS, S.L., a Spanish )<br>limited company; and PUNTO-FA S.L., a Spanish )<br>limited company, )<br>)<br>Defendants. ) | **Civil Action No. 08-6154 (LAP)** |

------------------------------------------------------------

## FEDERAL RULE OF CIVIL PROCEDURE 7.1
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Mango On-Line Inc., hereby states that no publicly held corporation owns 10% or more of the stock of Mango On-Line Inc., and that its direct parent company is Mango MNG USA, Inc

NY1 26524029.1

DATED:   New York, New York          SEYFARTH SHAW LLP
         August 4, 2008

                                     BY: _____
                                     Eddy Salcedo, Esq. (ES-3391)
                                     Donald Dunn, Esq. (DD-0069)
                                     SEYFARTH SHAW LLP
                                     620 Eighth Avenue
                                     New York, New York 10018-1405
                                     Telephone: (212) 218-5500
                                     Email: ESalcedo@seyfarth.com

                                     Bart A. Lazar, Esq. (BL-7984)
                                     SEYFARTH SHAW LLP
                                     131 South Dearborn Street, Suite 2400
                                     Chicago, Illinois 60603
                                     Telephone: (312) 460-5986
                                     Email: BLazar@seyfarth.com

                                     *Attorneys for Defendant*
                                     *Mango On-Line Inc.*

To:

     Attorneys for Plaintiff

NY1 26524029.1

## CERTIFICATE OF SERVICE

Donald R. Dunn Jr., an attorney, hereby certifies that on August 4, 2008, I electronically filed the foregoing Rule 7.1 Statement with the Clerk of the United States District Court, Southern District of New York using the CM/ECF system, which sent notification of such filing to the following:

> GREENBERG TRAURIG, LLP
> 200 Park Avenue, 34th Floor
> Metlife Building
> New York, NY 10166
> Harley I. Lewin, Esq.
>   Email: lewinh@gtlaw.com
> Scott Gelin, Esq.
>   Email: gelins@gtlaw.com
> Julie Bookbinder, Esq.
>   Email: bookbinderj@gtlaw.com
>
> *Attorneys for Plaintiff*
>    *Diane Von Furstenberg Studio, L.P.*

_____
Donald R. Dunn, Jr., Esq.

NY1 26524029.1