# Greenberg Traurig

Scott Gelin
Tel. (212) 801-2191
Fax (212) 801-6400
gelins@gtlaw.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/08

July 29, 2008

**VIA FACSIMILE (212-805-7941)**
Honorable Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1320
New York, NY 10007

      Re:   *Diane von Furstenberg Studio, L.P. v. Mango On-Line, Inc., et al.*
            Civil Action No. 08-cv-6154

Dear Judge Preska:

    We represent Diane von Furstenberg Studio, L.P. ("DVF") in the above-referenced matter. Pursuant to the letters sent to the Court by DVF and Defendant Mango On-Line, Inc. ("Mango On-Line") on July 25, 2008, we are writing to inform that Court that DVF and Mango On-Line have agreed that Mango On-Line will have a one (1) week extension so that its deadline to answer or otherwise move will be Monday, August 4, 2008.

*So ordered*
*Loretta A. Preska*
*USDJ*
*August 5, 2008*

Respectfully,

GREENBERG TRAURIG, L.L.P.

By: _____
     Scott Gelin

cc:   Eddy Salcedo, Esq., counsel for Mango On-Line, Inc.
       Bart A. Lazar, Esq., counsel for Mango On-Line, Inc.