AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/29/08 |
| NAME OF SERVER (PRINT) Julie Bookbinder | TITLE Plaintiff's counsel |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): served via U.S.P.S. mail return-receipt requested Mango MNG Holdings S.L. c/Mercaders 9-11 Poligono Industrial Riera de Caldes Apartado de correos 280, E D08184 Palau-Solitai Plegamans Barcelona SPAIN

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/29/08
            Date            Signature of Server

200 Park Ave, NY NY 10166
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

⚘AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/29/08 |
| NAME OF SERVER (PRINT) Julie Bookbinder | TITLE Plaintiff's Counsel |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Mailed with return receipt requested via U.S.P.S. to Punto-Fa S.L., Calle Mercaders 9-11 Palau-Solita Pg Ind Riera, Caldes 08184, Pleguments, Barcelona SPAIN

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/29/08
            Date                    Signature of Server

                     200 Park Ave, NY NY 10166
                     Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.