Lorie E. Almon, Esq. (LA 4937)
Eddy Salcedo, Esq. (ES-3391)
Donald Dunn, Esq. (DD-0069)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018-1405
Telephone: (212) 218-5500

Bart A. Lazar, Esq. (BL-7984)
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5986

*Attorneys for Defendant*
*Mango On-Line Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| DIANE VON FURSTENBERG STUDIO, L.P., a Delaware limited partnership, | |
| Plaintiff, | Civil Action No. 08-6154 (LAP) |
| v. | ECF Case |
| MANGO ON-LINE INC., a Delaware corporation, MANGO MNG HOLDINGS, S.L., a Spanish limited company; and PUNTO-FA S.L., a Spanish limited company, | **NOTICE OF APPEARANCE** |
| Defendants. | |

-----------------------------------------------------------X

**PLEASE TAKE NOTICE** that Eddy Salcedo, an Associate with Seyfarth Shaw LLP, 620 Eighth Avenue, New York, New York 10018, hereby enters his appearance as lead attorney for Defendant Mango On-Line Inc., in the above-captioned action. I certify that I am admitted to practice in this Court.

DATED:    New York, New York           SEYFARTH SHAW LLP
          August 18, 2008

                                       BY: _____
                                       Lorie E. Almon, Esq. (LA 4937)
                                       Eddy Salcedo, Esq. (ES 3391)
                                       Donald Dunn, Esq. (DD 0069)
                                       SEYFARTH SHAW LLP
                                       620 Eighth Avenue
                                       New York, New York 10018-1405
                                       Telephone: (212) 218-5500

                                       Bart A. Lazar, Esq. (BL-7984)
                                       SEYFARTH SHAW LLP
                                       131 South Dearborn Street, Suite 2400
                                       Chicago, Illinois 60603
                                       Telephone: (312) 460-5986

                                       *Attorneys for Defendant*
                                       *Mango On-Line Inc.*

## CERTIFICATE OF SERVICE

Eddy Salcedo, an attorney, hereby certifies that on August 18, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the United States District Court, Southern District of New York using the CM/ECF system, which sent notification of such filing to the following:

>GREENBERG TRAURIG, LLP
>200 Park Avenue, 34th Floor
>Metlife Building
>New York, NY 10166
>Harley I. Lewin, Esq.
>  Email: lewinh@gtlaw.com
>Scott Gelin, Esq.
>  Email: gelins@gtlaw.com
>Julie Bookbinder, Esq.
>  Email: bookbinderj@gtlaw.com
>
>*Attorneys for Plaintiff*
>  *Diane Von Furstenberg Studio, L.P.*

Eddy Salcedo, Esq.