Lorie E. Almon, Esq. (LA 4937)
Eddy Salcedo, Esq. (ES-3391)
Donald Dunn, Esq. (DD-0069)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018-1405
Telephone: (212) 218-5500

Bart A. Lazar, Esq. (BL-7984)
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5986

*Attorneys for Defendant*
*Mango On-Line Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

DIANE VON FURSTENBERG STUDIO, L.P., a : 
Delaware limited partnership,                                :
                                                             :
                    Plaintiff,                               :     **Civil Action No. 08-6154 (LAP)**
                                                             :
           v.                                                :     **ECF Case**
                                                             :
MANGO ON-LINE INC., a Delaware corporation, :
MANGO MNG HOLDINGS, S.L., a Spanish         :     **NOTICE OF APPEARANCE**
limited company; and PUNTO-FA S.L., a Spanish :
limited company,                                             :
                                                             :
                    Defendants.                              :
-----------------------------------------------------------X

     **PLEASE TAKE NOTICE** that Lorie E. Almon, a Partner with Seyfarth Shaw LLP, 620

Eighth Avenue, New York, New York 10018, hereby enters her appearance as lead attorney for

Defendant Mango On-Line Inc., in the above-captioned action.  I certify that I am admitted to

practice in this Court.

DATED:    New York, New York
             August 18, 2008

SEYFARTH SHAW LLP

BY: _____

Lorie E. Almon, Esq. (LA 4937)
Eddy Salcedo , Esq. (ES 3391)
Donald Dunn, Esq. (DD 0069)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018-1405
Telephone: (212) 218-5500

Bart A. Lazar, Esq. (BL-7984)
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5986

*Attorneys for Defendant*
*Mango On-Line Inc.*

## CERTIFICATE OF SERVICE

Lorie E. Almon, an attorney, hereby certifies that on August 18, 2008, I electronically

filed the foregoing Notice of Appearance with the Clerk of the United States District Court,

Southern District of New York using the CM/ECF system, which sent notification of such filing

to the following:

GREENBERG TRAURIG, LLP
200 Park Avenue, 34th Floor
Metlife Building
New York, NY 10166
Harley I. Lewin, Esq.
  Email: lewinh@gtlaw.com
Scott Gelin, Esq.
  Email: gelins@gtlaw.com
Julie Bookbinder, Esq.
  Email: bookbinderj@gtlaw.com

*Attorneys for Plaintiff*
  *Diane Von Furstenberg Studio, L.P.*


_____
Lorie E. Almon, Esq.