UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DIANE VON FURSTENBERG STUDIO, L.P., : 08 CV 6154 (LAP)

                       Plaintiff,      :   ORDER

       v.

MANGO ON-LINE INC., et al.,

                       Defendants.

------------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

      Having reviewed counsel's recent letters and the time for defendants to respond to the complaint, their time to respond is hereby extended to and including September 5, 2008.

SO ORDERED:

Dated: August 18, 2008

                                                   /s/ Loretta A. Preska
                                                   LORETTA A. PRESKA, U.S.D.J.

08cv6154order818