# Greenberg Traurig

Julie Bookbinder
Tel. (212) 801-6848
Fax (212) 805-9412
bookbinderj@gtlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/08
```

September 4, 2008

**VIA FACSIMILE (212-805-7941)**
Honorable Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1320
New York, NY 10007

      Re: *Diane von Furstenberg Studio, L.P. v. Mango On-Line, Inc., et al.*
           Civil Action No. 08-cv-6154

Dear Judge Preska:

    We represent Diane von Furstenberg Studio, L.P. in the above-referenced matter. We write to respectfully request that the date set in the Court's Order of August 18, 2008 for Defendants Mango MNG Holdings, S.L. and Punto-FA S.L. to respond to the complaint be extended one week from September 5, 2008 to and including September 12, 2008. The parties are now engaged in settlement discussions and all consent to this extension.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

September 5, 2008

Respectfully,

GREENBERG TRAURIG, L.L.P.

By: _____
    Julie Bookbinder

cc:    Eddy Salcedo, Esq., counsel for Defendants
       Bart A. Lazar, Esq., counsel for Defendants