# Greenberg
# Traurig

Julie Bookbinder
Tel (212) 801-6848
Fax (212) 805-9412
bookbinderj@gtlaw.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/08

September 22, 2008

**VIA FACSIMILE (212-805-7941)**
Honorable Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1320
New York, NY 10007

> Re:   *Diane von Furstenberg Studio, L.P. v. Mango On-Line, Inc., et al.*
> Civil Action No. 08-cv-6154

Dear Judge Preska:

We represent Diane von Furstenberg Studio, L.P. in the above-referenced matter. We write to advise that the parties have reached a settlement in principle. Thus we respectfully request that the conference set for October 1, 2008 be removed from the calendar, with the consent of all parties. We expect to file a stipulation of dismissal with prejudice within the next two weeks.

SO ORDERED

*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*September 22, 2008*

Respectfully,

GREENBERG TRAURIG, L.L.P.

By: *[signature]*
Julie Bookbinder

cc:   Eddy Salcedo, Esq., counsel for Defendants
Bart A. Lazar, Esq., counsel for Defendants

NY 239,143,576 Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, NY 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com